1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700



**FILED**

MAY - 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-MC-00046-MCE-DAD |
| Plaintiff, | |
| v. | |
| APPROXIMATELY $5,173.45 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3444347300, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimants Joseph Stancil and Doralee Stancil ("claimants"), by and through their respective attorney, as follows:

1. On or about February 2, 2010, claimants filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $5,173.45 in U.S. Currency seized from Wells Fargo Bank Account Number 3444347300 (the "defendant funds"), which were seized on or about November 19, 2009.

2. The Internal Revenue Service has sent the written notice

1 | of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all
2 | known interested parties.  The time has expired for any person to
3 | file a claim to the defendant funds under 18 U.S.C. §
4 | 983(a)(2)(A)-(E), and no person other than the claimants have
5 | filed a claim to the defendant funds as required by law in the
6 | administrative forfeiture proceeding.
7 |         3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
8 | required to file a complaint for forfeiture against the defendant
9 | funds and/or to obtain an indictment alleging that the defendant
10 | funds are subject to forfeiture within 90 days after a claim has
11 | been filed in the administrative forfeiture proceedings, unless
12 | the court extends the deadline for good cause shown or by
13 | agreement of the parties.  That deadline is currently May 3, 2010.
14 |         4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
15 | by agreement to extend to August 2, 2010, the time in which the
16 | United States is required to file a civil complaint for forfeiture
17 | against the defendant funds and/or to obtain an indictment
18 | alleging that the defendant funds are subject to forfeiture.
19 |         5.   Accordingly, the parties agree that the deadline by which
20 | the United States shall be required to file a complaint for
21 | forfeiture against the defendant funds and/or to obtain an
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  indictment alleging that the defendant funds are subject to
2  forfeiture shall be extended to August 2, 2010.

                                BENJAMIN B. WAGNER
                                United States Attorney


7  DATE: April 29, 2010          /s/ Jean M. Hobler
                                JEAN M. HOBLER
                                Special Assistant U.S. Attorney


11 DATE: 4/29/2010                /s/ Donald H. Heller
                                DONALD H. HELLER
                                Attorney for Claimants
                                Joseph and Doralee Stancil


15     IT IS SO ORDERED.

17 DATE: 5-4-10                  _____
                                UNITED STATES DISTRICT COURT JUDGE