1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  2:10-MC-00046-MCE-DAD
                                    )
12            Plaintiff,            )
                                    )
13       v.                         )
                                    )  STIPULATION AND ORDER EXTENDING
14 APPROXIMATELY $5,173.45 IN U.S.  )  TIME FOR FILING A COMPLAINT FOR
   CURRENCY SEIZED FROM WELLS FARGO )  FORFEITURE AND/OR TO OBTAIN AN
15 BANK ACCOUNT NUMBER 3444347300,  )  INDICTMENT ALLEGING FORFEITURE
                                    )
16            Defendant.            )
                                    )
17 _____  )

18      It is hereby stipulated by and between the United States of

19 America and claimants Joseph Stancil and Doralee Stancil

20 ("claimants"), by and through their respective attorneys, as

21 follows:

22      1.  On or about February 2, 2010, claimants filed a claim, in

23 the administrative forfeiture proceedings, with the Internal

24 Revenue Service with respect to the Approximately $5,173.45 in

25 U.S. Currency seized from Wells Fargo Bank Account Number

26 3444347300 (the "defendant funds"), which were seized on or about

27 November 19, 2009.

28 ///

                                1           Stipulation and Order to Extend
                                                Time for Filing a Complaint

2.   The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 3, 2010.

4.   By Stipulation and Order filed May 4, 2010, the parties stipulated to extend to August 2, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 2, 2010, the time in which the United States is required to file a civil complaint for forfeiture  against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///

///

///

Stipulation and Order to Extend
Time for Filing a Complaint

1    6.   Accordingly, the parties agree that the deadline by which
2 the United States shall be required to file a complaint for
3 forfeiture against the defendant funds and/or to obtain an
4 indictment alleging that the defendant funds are subject to
5 forfeiture shall be extended to November 2, 2010.

6

7                                    BENJAMIN B. WAGNER
                                     United States Attorney
8

9

10 DATE: July 27, 2010          /s/ Jean M. Hobler
                                     JEAN M. HOBLER
11                                   Special Assistant U.S. Attorney

12

13

14 DATE: July 27, 2010          /s/ Donald Heller
                                     DONALD H. HELLER
15                                   Attorney for Claimants
                                     Joseph and Doralee Stancil
16

17

18    **IT IS SO ORDERED**.

19
   Dated: July 29, 2010
20

21

22                                   _____
                                     MORRISON C. ENGLAND, JR.
23                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28