BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $5,173.45 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3444347300,<br><br>　　　　Defendant.<br>_____ | 2:10-MC-00046-MCE-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　It is hereby stipulated by and between the United States of America and claimants Joseph Stancil and Doralee Stancil ("claimants"), by and through their respective attorneys, as follows:

　　1.　On or about February 2, 2010, claimants filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $5,173.45 in U.S. Currency seized from Wells Fargo Bank Account Number 3444347300 (the "defendant funds"), which were seized on or about November 19, 2009.

///

1

2.   The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 3, 2010.

4.   By Stipulation and Order filed May 4, 2010, the parties stipulated to extend to August 2, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.   By Stipulation and Order filed July 28, 2010, the parties stipulated to extend to November 2, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///

1    6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
2 by agreement to further extend to January 3, 2011, the time in
3 which the United States is required to file a civil complaint for
4 forfeiture against the defendant funds and/or to obtain an
5 indictment alleging that the defendant funds are subject to
6 forfeiture.
7    7.   Accordingly, the parties agree that the deadline by which
8 the United States shall be required to file a complaint for
9 forfeiture against the defendant funds and/or to obtain an
10 indictment alleging that the defendant funds are subject to
11 forfeiture shall be extended to January 3, 2011.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: October 7, 2010              /s/ Jean M. Hobler
                                    JEAN M. HOBLER
                                    Special Assistant U.S. Attorney


DATE: October 7, 2010              /s/ Donald Heller
                                    DONALD H. HELLER
                                    Attorney for Claimants
                                    Joseph and Doralee Stancil
                                    **As Authorized on October 7, 2010**


  **IT IS SO ORDERED.**

  Dated: October 15, 2010

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

3