1 BENJAMIN B. WAGNER
United States Attorney
2 JEAN M. HOBLER
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-MC-00046-MCE-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $5,173.45 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3444347300, | ) ) ) | TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| Defendant. | ) | |

It is hereby stipulated by and between the United States of America and claimants Joseph Stancil and Doralee Stancil ("claimants"), by and through their respective attorneys, as follows:

1. On or about February 2, 2010, claimants filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $5,173.45 in U.S. Currency seized from Wells Fargo Bank Account Number 3444347300 (the "defendant funds"), which were seized on or about November 19, 2009.

///

2.  The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 3, 2010.

4.  By Stipulation and Order filed May 4, 2010, the parties stipulated to extend to August 2, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.  By Stipulation and Order filed July 28, 2010, the parties stipulated to extend to November 2, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///

1    6.  By Stipulation and Order filed October 15, 2010, the
2 parties stipulated to extend to January 3, 2011, the time in which
3 the United States is required to file a civil complaint for
4 forfeiture against the defendant funds and/or to obtain an
5 indictment alleging that the defendant funds are subject to
6 forfeiture.
7    7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
8 by agreement to further extend to April 5, 2011, the time in which
9 the United States is required to file a civil complaint for
10 forfeiture against the defendant funds and/or to obtain an
11 indictment alleging that the defendant funds are subject to
12 forfeiture.
13    8.  Accordingly, the parties agree that the deadline by which
14 the United States shall be required to file a complaint for
15 forfeiture against the defendant funds and/or to obtain an
16 indictment alleging that the defendant funds are subject to
17 forfeiture shall be extended to April 5, 2011.

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: 12/2/2010                     /s/ Jean M. Hobler
                                    JEAN M. HOBLER
                                    Special Assistant U.S. Attorney


///
///
///
///

                    3              Stipulation and Order to Extend
                                   Time for Filing a Complaint

| | |
|---|---|
| DATE: 12/2/2010 | /s/ Donald H. Heller |
| | DONALD H. HELLER |
| | Attorney for Claimants |
| | Joseph and Doralee Stancil |
| | **As Authorized on 12/2/2010** |

**IT IS SO ORDERED.**

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE