1   BENJAMIN B. WAGNER
    United States Attorney
2   JEAN M. HOBLER
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  2:10-MC-00046-MCE-DAD
                                       )
12           Plaintiff,                )
                                       )
13      v.                             )
                                       )  STIPULATION AND ORDER EXTENDING
14  APPROXIMATELY $5,173.45 IN U.S.    )  TIME FOR FILING A COMPLAINT FOR
    CURRENCY SEIZED FROM WELLS FARGO   )  FORFEITURE AND/OR TO OBTAIN AN
15  BANK ACCOUNT NUMBER 3444347300,    )  INDICTMENT ALLEGING FORFEITURE
                                       )
16           Defendant.                )
                                       )
17  _____)

18       It is hereby stipulated by and between the United States of

19  America and claimants Joseph Stancil and Doralee Stancil

20  ("claimants"), by and through their respective attorneys, as

21  follows:

22       1.  On or about February 2, 2010, claimants filed a claim, in

23  the administrative forfeiture proceedings, with the Internal

24  Revenue Service with respect to the Approximately $5,173.45 in

25  U.S. Currency seized from Wells Fargo Bank Account Number

26  3444347300 (the "defendant funds"), which were seized on or about

27  November 19, 2009.

28  ///

1        2.   The Internal Revenue Service has sent the written notice
2   of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all
3   known interested parties.   The time has expired for any person to
4   file a claim to the defendant funds under 18 U.S.C. §
5   983(a)(2)(A)-(E), and no person other than the claimants have
6   filed a claim to the defendant funds as required by law in the
7   administrative forfeiture proceeding.
8        3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
9   required to file a complaint for forfeiture against the defendant
10  funds and/or to obtain an indictment alleging that the defendant
11  funds are subject to forfeiture within 90 days after a claim has
12  been filed in the administrative forfeiture proceedings, unless
13  the court extends the deadline for good cause shown or by
14  agreement of the parties.   That deadline was May 3, 2010.
15       4.   By Stipulation and Order filed May 4, 2010, the parties
16  stipulated to extend to August 2, 2010, the time in which the
17  United States is required to file a civil complaint for forfeiture
18  against the defendant funds and/or to obtain an indictment
19  alleging that the defendant funds are subject to forfeiture.
20       5.   By Stipulation and Order filed July 28, 2010, the parties
21  stipulated to extend to November 2, 2010, the time in which the
22  United States is required to file a civil complaint for forfeiture
23  against the defendant funds and/or to obtain an indictment
24  alleging that the defendant funds are subject to forfeiture.
25  ///
26  ///
27  ///
28  ///

Stipulation and Order to Extend
                                          Time for Filing a Complaint

6.   By Stipulation and Order filed October 7, 2010, the parties stipulated to extend to January 3, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7.   By Stipulation and Order filed December 3, 2010, the parties stipulated to extend to April 5, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 12, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend
Time for Filing a Complaint

1        9.   Accordingly, the parties agree that the deadline by which

2   the United States shall be required to file a complaint for

3   forfeiture against the defendant funds and/or to obtain an

4   indictment alleging that the defendant funds are subject to

5   forfeiture shall be extended to July 12, 2011.

6                                    BENJAMIN B. WAGNER
                                     United States Attorney
7

8

9   DATE:  4/4/2011                   /s/ Jean M. Hobler
                                     JEAN M. HOBLER
10                                   Assistant U.S. Attorney

11

12  DATE:  4-4-2011                   /s/ Donald H. Heller
                                     DONALD H. HELLER
13                                   Attorney for Claimants
                                     Joseph and Doralee Stancil
14                                   **(Original signatures retained by
                                     attorney)**
15

16       **IT IS SO ORDERED.**

17

18  Dated: April 14, 2011

19

20  _____
    MORRISON C. ENGLAND, JR.
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stipulation and Order to Extend
                                        Time for Filing a Complaint