1   BENJAMIN B. WAGNER
    United States Attorney
2   JEAN M. HOBLER
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   2:10-MC-00046-MCE-DAD
                                     )
12             Plaintiff,            )
                                     )
13        v.                         )
                                     )   GOVERNMENT'S RESPONSE TO ORDER
14  APPROXIMATELY $5,173.45 IN U.S.  )   TO SHOW CAUSE RE: DISMISSAL OF
    CURRENCY SEIZED FROM WELLS FARGO )   ACTION; RELATED STIPULATION OF
15  BANK ACCOUNT NUMBER 3444347300,  )   PARTIES; ORDER THEREON
                                     )
16             Defendant.            )
                                     )
17  _____)

18        On January 11, 2012, this Court issued an order for the

19  Government to show cause why the instant case should not be

20  dismissed in light of the lack of a complaint on file.  The

21  Government apologizes to the Court for any inconvenience caused to

22  it in this matter, and provides the following status and related

23  request.

24        Claimants Joseph and Doralee Stancil advised the Government

25  some time ago that they wished to reach a global resolution of

26  criminal and civil issues relating to the seizure of the funds

27  that are the subject of this case.  Complicating those

28  discussions, there are multiple potential individual defendants

                              1         Response to OSC and Related Stipulation

1  and a potential corporate defendant in a related criminal

2  investigation.  Working with counsel for claimants and for the

3  potential individual and corporate defendants, the parties'

4  efforts in this regard are substantially complete.  We expect to

5  finalize the terms of a global resolution within the next two

6  weeks.  Relatedly, the Government expects to file an Information

7  with related criminal charges within approximately the next week,

8  and to file in the resulting criminal case and in this case a

9  notices of related cases.  The parties hope and expect to have the

10 matter in front of the District Court for entry of plea and

11 related proceedings within 30 to 60 days.  The parties expect that

12 the funds that are the subject of this civil matter will be

13 transferred by Stancil Enterprises, Inc. to be forfeited as part

14 of the criminal case.

15      On that basis, in the interests of proceeding in an efficient

16 fashion, the parties request the Court suspend operation of its

17 Order to Show Cause for a period of 60 days, with the expectation

18 that in the intervening period the civil case will become moot.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2          Response to OSC and Related Stipulation

1        It is hereby stipulated by and between the United States of

2   America and claimants Joseph Stancil and Doralee Stancil

3   ("claimants"), by and through their respective attorneys, that the

4   above factual statements are accurate, and that all parties to

5   this civil matter join in the request to suspend the operation of

6   the Order to Show Cause for a period of 60 days from the date of

7   any such order.

8

9                                   BENJAMIN B. WAGNER
                                    United States Attorney
10

11

12  DATE: _1/17/2012_____          __/s/ Jean M. Hobler____
                                    JEAN M. HOBLER
13                                  Assistant U.S. Attorney

14

15
    DATE: _1/17/2012_____          __/s/ Donald H. Heller__
16                                  DONALD H. HELLER
                                    Attorney for Claimants
17                                  Joseph and Doralee Stancil
                                    **(Original signatures retained by
18                                  attorney)**

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                        3

1

**ORDER**

2

    **Given the foregoing stipulation, t**he Order to Show Cause (ECF

3

No. 12) is hereby vacated.  The parties are directed to file a

4

joint status report not later than April, 17, 2012 if this matter

5

is not resolved beforehand.

6

    IT IT SO ORDERED.

7

8

9

Dated: January 18, 2012

10

11

                           MORRISON C. ENGLAND, JR.

12

                           UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4