BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $5,173.45 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3444347300,<br><br>            Defendant. | 2:10-MC-00046-MCE-DAD<br><br>GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL OF ACTION; RELATED STIPULATION OF PARTIES |

On January 11, 2012, this Court issued an order for the Government to show cause why the instant case should not be dismissed in light of the lack of a complaint on file. The Government apologizes to the Court for any inconvenience caused to it in this matter, and provides the following status and related request.

Claimants Joseph and Doralee Stancil advised the Government some time ago that they wished to reach a global resolution of criminal and civil issues relating to the seizure of the funds that are the subject of this case.

///

Complicating those discussions, there are multiple potential individual defendants and a potential corporate defendant in a related criminal investigation.  Working with counsel for claimants and for the potential individual and corporate defendants, the parties' efforts in this regard are substantially complete.  We expect to finalize the terms of a global resolution within the next two weeks.  Relatedly, the Government expects to file an Information with related criminal charges within approximately the next week, and to file in the resulting criminal case and in this case a notices of related cases.  The parties hope and expect to have the matter in front of the District Court for entry of plea and related proceedings within 30 to 60 days.  The parties expect that the funds that are the subject of this civil matter will be transferred by Stancil Enterprises, Inc. to be forfeited as part of the criminal case.

On that basis, in the interests of proceeding in an efficient fashion, the parties request the Court suspend operation of its Order to Show Cause for a period of 60 days, with the expectation that in the intervening period the civil case will become moot.

///
///
///
///
///
///
///
///
///

It is hereby stipulated by and between the United States of America and claimants Joseph Stancil and Doralee Stancil ("claimants"), by and through their respective attorneys, that the above factual statements are accurate, and that all parties to this civil matter join in the request to suspend the operation of the Order to Show Cause for a period of 60 days from the date of any such order.

                                BENJAMIN B. WAGNER
                                United States Attorney

DATE: 1/17/2012          /s/ Jean M. Hobler
                                JEAN M. HOBLER
                                Assistant U.S. Attorney

DATE: 1/17/2012          /s/ Donald H. Heller
                                DONALD H. HELLER
                                Attorney for Claimants
                                Joseph and Doralee Stancil
                                **(Original signatures retained by attorney)**

**IT IS SO ORDERED.**

Dated: January 25, 2012

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE