UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-mc-00046-MCE-DAD |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| APPROXIMATELY $5,173.45 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3444347300, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:12-cr-00025-LKK |
| Plaintiff, | |
| v. | |
| STANCIL ENTERPRISES, INC., JOSEPH STANCIL, and DANIEL MATHIS , | |
| Defendants. | |

The Court has received the Notice of Related Case filed on January 27, 2012.

///

///

1

1    Examination of the above-entitled miscellaneous and criminal
2 actions reveals that these actions are related within the meaning
3 of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve many
4 of the same defendants and are based on the same or similar
5 claims, the same property transaction or event, similar questions
6 of fact and the same questions of law, and would therefore entail
7 a substantial duplication of labor if heard by different judges.
8 Accordingly, the assignment of the matters to the same judge is
9 likely to effect a substantial savings of judicial effort and is
10 also likely to be convenient for the parties.
11    The parties should be aware that relating the cases under
12 Local Rule 123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17    IT IS THEREFORE ORDERED that the action denominated
18 2:12-cr-00025-LKK, United States of America v. Stancil
19 Enterprises, Inc., Joseph Stancil, and Daniel Mathis is
20 reassigned to Judge Morrison C. England, Jr. for all further
21 proceedings, and any dates currently set in this reassigned case
22 only is hereby VACATED.  Henceforth, the caption on documents
23 filed in the reassigned case shall be shown as
24 2:12-cr-00025-MCE.  This matter is set for a Status Conference on
25 February 9, 2012 at 9:00 a.m. in Courtroom 7.
26 ///
27 ///
28 ///

2

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: February 3, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE